

Patricia Smink Rogowski
pat@rogowskilaw.com
(302) 893-0048

May 14, 2021

**_VIA ELECTRONIC FILING_**

The Honorable Colm F. Connolly
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

    Re:    **Progressive Sterilization, LLC v. Turbett Surgical LLC, et al.,
C.A. No. 19-627-CFC-CJB**

Dear Judge Connolly,

    Pursuant to ¶17 of the Scheduling Order (D.I. 64), and the Court's May 11, 2021 Order (D.I. 157), the parties herewith supplement the submissions on claim construction. After the Joint Claim Construction Brief (D.I. 152) was filed on April 23, 2021, the parties exchanged multiple correspondence, and met and conferred twice in an attempt to reach agreement on the disputed claim terms and narrow the issues for resolution by the Court:

| | | |
|---|---|---|
| **May 5, 2021** | By telephone for approximately 20 minutes: | |
| | Progressive/PMBS: | David Bohrer |
| | | Francois deVilliers |
| | | Patricia S. Rogowski |
| | Turbett: | Erika Stanat |
| | | Stephanie O'Byrne |

Hon. Colm F. Connolly
May 14, 2021
Page 2

**May 13, 2021**   By telephone for approximately 10 minutes:
Progressive/PMBS:   David Bohrer
Francois deVilliers
Patricia S. Rogowski

Turbett:   Erika Stanat
Stephanie O'Byrne

We are filing concurrently herewith an Amended Joint Claim Construction Chart and an updated Joint Claim Construction Brief, each reconfigured for consistency with the reduced number of claim terms set out in the parties' May 7, 2021 letter to the Court (D.I. 156). Subsequently the parties will file and serve an updated Joint Appendix, with highlighting of exhibits updated to reflect these changes for the Court's convenience.

Respectfully submitted,

Patricia Smink Rogowski
*Attorney for Progressive Sterilization, LLC and PMBS, LLC*

cc: Counsel of Record (Via E-Filing)